AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| United States of America<br>v.<br>Brian Wayne Schmuhl<br>a/k/a "Kevin Hansen,"<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) | Case No.  20-6007-SNOW |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  October 2018 through September 2019  in the county of   Broward   in the
  Southern   District of   Florida  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2242(b) | persuading, inducing, enticing and coercing a minor to engage in sexual activity, and attempting to do the same |
| 18 U.S.C. § 1470 | transferring, and attempting to transfer, obscene matter to a minor |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Eric G. Stowers, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 1/8/20

*Judge's signature*

City and state:    Fort Lauderdale, Florida          Lurana S. Snow, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

Your affiant, Eric G. Stowers, being duly sworn, deposes and states as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am employed as a Special Agent with the Homeland Security Investigations ("HSI") in Fort Lauderdale, Florida, and have been so employed for twenty-one (21) years. As an HSI Special Agent assigned to conduct child exploitation investigations and the Internet Crimes Against Children (ICAC) task force, I investigate criminal violations relating to child pornography, including violations pertaining to the illegal transportation, distribution, receipt, and possession of child pornography, in violation of 18 U.S.C. § 2252, and the coercion and enticement of minors to engage in illegal sexual activity, in violation of 18 U.S.C. § 2422(b). I have conducted and/or assisted in child exploitation investigations, and received training to conduct investigations of various criminal violations of the United States Code.

2. I make this Affidavit in support of a criminal complaint charging **BRIAN WAYNE SCHMUHL a/k/a "KEVIN HANSEN"** with persuading, inducing, enticing and coercing a minor to engage in illegal sexual activity, and attempting to do the same, in violation of Title 18, United States Code, Section 2422(b), and with transferring, and attempting to transfer, obscene matter to a minor, in violation of Title 18, United States Code, Section 1470.

3. I submit this Affidavit based on my personal knowledge, as well as information provided to me by other individuals, including other law enforcement officials, and my review of records and other evidence obtained during the course of this investigation. Because this Affidavit is being submitted for the limited purpose of establishing probable cause for the requested warrant, it does not include every fact known to me about this matter.

## PROBABLE CAUSE

4. On or about December 27, 2018, R.J. reported to the Broward Sheriff's Office ("BSO") – located in Broward County, Florida – that her granddaughter, J.S. (age 16), had been having sexually explicit communications with an adult male identifying himself on Kik Messenger as "Kevin Hansen" from Michigan, whose username was "Bigfireman69x." R.J. advised that J.S. and "Bigfireman69x" initially began chatting on an online service called "e-chat" before moving their communications to the Kik app. On this same day, law enforcement spoke with J.S., who advised law enforcement that she told "Bigfireman69x" that she was fifteen (15) years old. J.S. confirmed that she and "Kevin Bigfireman69x" exchanged pornographic images of themselves.

5. Prior to the BSO learning of the activity between "Kevin Hansen" and J.S., J.S. deleted the explicit pictures of herself that she previously sent to "Bigfireman69x." She advised law enforcement that she had never met "Bigfireman69x" in real life or spoken to him on the phone. J.S. stated that she and "Bigfireman69x" have only communicated through email and through online chatting, adding that she believed "Bigfireman69x" was a firefighter in Michigan.

6. After conducting a forensic examination of J.S.'s cellphone, law enforcement was able to recover an online chat conversation between "Kevin Hansen" and J.S. beginning on or about October 18, 2018, through November 24, 2018. The following is a sample of some of the sexually explicit communication between "Kevin Hansen" and J.S. on or about October 18, 2018:

- "Kevin Hansen" asked J.S. to "say something naughty," adding that he wanted her to say that she would like to engage in oral sex with him and would like him to ejaculate on her face. During this conversation, "Kevin Hansen" references J.S.'s age being 15 years old.
- "Kevin Hansen" told J.S. that he would like to show her his penis so that she could see what the oral sex between them would involve. Again, "Kevin Hansen" references J.S.'s age.
- "Kevin Hansen" references wanting to take J.S.'s "vcard," which is in reference to her virginity.

- "Kevin Hansen" tells J.S. that he wants to engage in vaginal sexual intercourse with her and provides explicit details on what he would do to her.

7.  On or about October 22, 2019, law enforcement interviewed J.S. During the interview, law enforcement showed J.S. images and videos recovered from the forensic examination of her phone. J.S. identified herself as the individual depicted in the sexually explicit images and videos, advising that she sent them to "Bigfireman69x" through Kik. During the interview, J.S. stated that she knew the target as a 23-year-old fireman named "Kevin Hansen." J.S. confirmed that she sent videos and images of herself engaged in sexually explicit conduct, including displaying her genitalia and masturbating, to the "Kevin Hansen" with whom she had been speaking, at his request. Upon learning "Kevin Hansen" was from Michigan, J.S. conducted a Facebook search and found someone with that name and occupation, residing in Michigan. J.S. assumed that this was the "Kevin Hansen" with whom she had been speaking. However, she acknowledged that the "Kevin Hansen" with whom she had been speaking did not claim ownership over the Facebook account. Based on the investigation as detailed in the remainder of this affidavit, it is your affiant's belief that Brian Wayne Schmuhl had been using the "Kevin Hansen" persona while communicating with J.S. and not the owner of the Facebook account in question.

8.  Law enforcement confirmed that the user of "Bigfireman69x" listed his name as "Kevin Hansen" and posted a profile picture depicting a "selfie" of a muscular white male wearing a black baseball cap and posing shirtless in front of a mirror.

9.  On or about May 31, 2019, an undercover BSO detective ("UC") accessed Kik Messenger in an investigative capacity. The UC represented herself as "Olivia," a twelve (12) year old female residing in Tamarac, Florida. Using a photo-altering application, the UC was able to take photographs of herself that allowed her to appear as a young girl. With this arrangement in place, the UC sent a message directly to the "Bigfireman69x" account that consisted of an emoji

3

depicting a "kissy face." The user of the account responded almost immediately with, "Hey" and "Whats the kisses for."

10.     For the next several months, "Bigfireman69x" and the UC maintained contact with one another during which time the UC continued representing herself as a twelve-year-old girl. Below is a sample of the sexually explicit messages between the UC and "Bigfireman69x":

- June 1, 2019: "Bigfireaman69x" told "Olivia" that he wants to perform oral sex on her and for her to perform oral sex on him. He adds that having vaginal sex "may hurt you at 12 . . .". "Bigfireman69x" later stated, "I dont [sic] care your [sic] 12."

- June 20, 2019: "Bigfireman69x" asked "Olivia" if she would perform oral sex on him while referencing her age. He then asked if she would let him "stick it" inside her vagina.

- August 11, 2019: "Bigfireaman69x" describes being naked with "Olivia" and performing oral sex on her.

- September 19, 2019: "Bigfireman69x" told "Olivia" that he had sent her pics of his penis but received no pictures of her vagina or rear end, adding that this was unfair. When "Olivia" asked for a face picture of "Bigfireman69x," he responded that he would only after receiving a picture of her vagina.

11.     On or about June 1, 2019, "Bigfireman69x" sent images of an adult penis that he represented as being his own. It is unknown if the images are of his own penis or derived from another source. In addition to sending those images, "Bigfireman69x" also sent multiple images and videos of adults engaging in sexually explicit conduct, including oral and vaginal sex, to "Olivia."

12.     On or about June 1, 2019, in response to the UC inquiring whether he was at his "fireman job," "Bigfireman69x" sent a picture of a white male wearing a blue shirt with a yellow

4

emblem on the chest, but cropped it so the photo had no visible/identifiable face. Later that day, "Bigfireman69x" sent another photograph of a white male wearing the same blue shirt and pants standing in a bathroom taking a "mirror selfie" but again with the male's head not visible. The yellow emblem was indecipherable except for the words, "fire" and "city." The two selfies, a close-up of the logo, and a mirror-image of the logo are as follows:

Selfie #1



Selfie #2



Logo from Selfie #2

Mirror Image of Logo




On or about July 9, 2019, when asked to provide a photograph of his face with his penis, "Bigfireman69x" responded, "i cant show my face and my [penis] in same pic cause i do work for a fire dept."

13. On or about June 20, 2019, in response to the UC inquiring where "Bigfireman69x" had been (due to his being unresponsive for approximately ten days), "Bigfireman69x" responded, "Sorry busy with works and studies an was sick for a bit." When the UC inquired about his studies, "Bigfireman69x" stated that he was an EMT going through college in order to obtain his paramedics license.

14. On or about September 19, 2019, in response to the UC inquiring what type of vehicle he drove, "Bigfireman69x" stated that he has a "truck," adding that it was a "Dodge [R]am." Law enforcement confirmed that Schmuhl is the registered owner of a Dodge Ram.

15. On or about September 26, 2019, law enforcement served a subpoena to Kik requesting subscriber information and the internet protocol ("IP") login history for "Bigfireman69x (Kevin Hansen)." On or about September 30, 2019, Kik provided a response to

6

the subpoena. The response identified two internet protocol ("IP") addresses that the user accessed when using the "Bigfireman69x" account. The first IP address was 98.226.47.13. Using law enforcement databases, law enforcement determined that this particular address had been assigned to Comcast. On October 1, 2019, law enforcement served a subpoena to Comcast. On October 2, 2019, Comcast confirmed that "Brian Schmuhl" is the subscriber and identified his residence as the service address. Regarding the E-mail User ID, "Renee" is the first name of Schmuhl's wife. The Comcast data went back to May 2019 but confirmed that the IP address had been assigned to Schmuhl's residence during that time.

16. In or around early October 2019, law enforcement conducted a search of the Niles Fire Department and determined that the department's logo matched the yellow logo displayed on the blue shirt in both of the "selfie" pictures that "Bigfireman69x" had sent to "Olivia" on or about June 1, 2019 (see Paragraph 12):




17. On or about October 15, 2019, law enforcement issued a summons to Midwest Energy and Communications, located in Cassopolis, Michigan, for information regarding the other IP address identified on the Kik return, that is, 206.167.71.196. Midwest Energy and Communications provided a response that indicated that the IP address' registered account holder

7

was the City of Niles – Police Department. A Google search of the address associated with the account – 1600 Silverbrook Avenue, Niles, Michigan – indicated that this location houses several law enforcement agencies in the area, including the Michigan State Police and Niles Police Department. Law enforcement communicated with an individual who works in the IT Department for the 1600 Silverbrook Avenue complex and advised that there are four (4) WIFI accounts:

a) NilesCast – Used to connect from a computer to the projector

b) NilesMi – Used by Niles City employees when logged into their email address and password

c) Niles – Same as NilesMi without any difference

d) NilesOpen – WiFi originates at City Hall and extends to the 1600 Silverbrook Avenue complex. From the 1600 Silverbrook Avenue complex, the WiFi extends to the Niles Fire Department, which is approximately two (2) miles away. This WiFi can be used by anyone and the password provided to anyone who requests it.

18. Law enforcement received an intelligence report that identified Schmuhl as a resident of Niles, Michigan, who is employed by the City of Niles, located at 333 N 2nd St, Suite 301, Niles, Michigan (Niles Fire Department) and at the Southwest Michigan Community Ambulance Service, located at 2100 Chicago Rd, Niles, Michigan. Further investigation revealed that, at all times relevant to the investigation, Schmuhl worked for the Niles Fire Department and continues to do so. The job at the Southwest Michigan Community Ambulance Service is consistent with the June 20, 2019, response from "Bigfireman69x" in which he stated that he worked as an EMT and studying for his paramedics license (see Paragraph 13).

19. Based on my training, experience, and research, I know that cellular phones have capabilities that allow them to serve as a telephone, as well as a digital camera, portable media player, GPS navigation device, and a PDA. It can also be used to access the Internet, including to shop online, arrange lodging, and to communicate, including through the use of applications such

8

as Kik and Google. Cellular phones contain capabilities that allow them to store records of the locations where they have been, including locations that the user has saved as a frequently traveled address or locations that the user has searched. In my training and experience, examining data stored on devices of this type can uncover, among other things, evidence that reveals or suggests who possessed or used the device as well as locations that the user traveled or intended to travel to, which may reveal further evidence of criminal activity.

20. On or about November 20, 2019, United States Magistrate Judge Patrick M. Hunt of the Southern District of Florida authorized a search warrant for historical cell-site information associated with Schmuhl's cellular phone number. Cell-site information associated with Schmuhl's cellular phone shows his phone connecting to cell towers and moving about in the immediate vicinity of his residence and the Niles Fire Department during the times when "Bigfireman69x" was communicating with the UC through Kik.

21. On January 8, 2020, law enforcement executed a federal search warrant signed by a United States Magistrate Judge in the Western District of Michigan for Schmuhl's residence, person, and vehicle. Law enforcement seized Schmuhl's cellular telephone. Law enforcement conducted a forensic preview of Schmuhl's cellular telephone which yielded the discovery of the following items in sum and substance: the identifying information of Schmuhl's cellular phone matched information received from Kik relating to the target telephone used to access the Kik account "Bigfireman69x"; a picture of a muscular male that was the same picture used as the profile picture for the Kik account of "Bigfireman69x"; "selfie" pictures that matched the pictures sent to both J.S. and "Olivia" that show a male wearing a shirt with a fire department logo; a picture matching the cropped picture sent by "Bigfireman69x" to both J.S. and "Olivia," but this picture showed Schmuhl's entire face; and pictures of adult penises.

22. On or about January 8, 2020, law enforcement officers interviewed Schmuhl. Schmuhl was advised of his *Miranda* rights, which he stated he understood, waived those rights, and agreed to speak to law enforcement. Schmuhl stated the following in sum and substance: he works for the Niles, Michigan Fire Department; he was the sole user of the Kik account "Bigfireman69x"; he sent sexually explicit pictures, including pictures of adult penises, to both J.S. and "Olivia,"; he asked for and received sexually explicit pictures from J.S. of what he believed to be J.S's. vagina; he exchanged in sexually explicit conversation with J.S. and "Olivia" knowing that they were minors; he sent pornographic videos to both J.S. and "Olivia"; and he wished to write apology letters to J.S. and "Olivia."

## CONCLUSION

Based on my training and experience, and as further supported by the facts in this affidavit, I respectfully submit that probable cause exists that **BRIAN WAYNE SCHMUHL a/k/a "KEVIN HANSEN"** with persuading, inducing, enticing and coercing a minor to engage in sexual activity, and attempting to do the same, in violation of Title 18, United States Code, Section 2422(b), and with transferring, and attempting to transfer, obscene matter to a minor, in violation of Title 18, United States Code, Section 1470.

_____
Special Agent Eric G. Stowers
HOMELAND SECURITY INVESTIGATIONS

Subscribed and sworn before me
this ___8___ day of January 2020.

_____
HONORABLE LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

10